# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00743-CR

---

**Jason Neil Kosier, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
### NO. 23CCR06974, THE HONORABLE JOHN MICHAEL MISCHTIAN, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Jason Neil Kosier has filed a pro se notice of appeal in the above cause, in which Kosier has been charged with the offense of driving with an invalid or suspended license. The record reflects that Kosier is still awaiting trial on that charge.

Generally, an appeal may be taken by a defendant in a criminal case only after a final judgment. *See* Tex. Code Crim. Proc. Ann. art. 44.02; *Abbott v. State*, 271 S.W.3d 694, 697 n.8 (Tex. Crim. App. 2008); *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). A court of appeals lacks appellate jurisdiction to review an order before final judgment unless an interlocutory appeal is expressly provided by statute. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). There is no statute providing us with jurisdiction here. Accordingly, we dismiss this appeal for want of jurisdiction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam).

---

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed:   February 7, 2025

Do Not Publish